STATE of Vermont v. Henry C. HASTINGS, No. 334-78

July 24, 1979. Motion to dismiss denied. Motion for enlargement of time for filing appellant's brief

632

granted. Appellant's brief shall be filed on or before August 10, 1979.

July 24, 1979. Motion to dismiss denied. Motion for enlargement of time for filing appellant's brief granted. Appellant's brief shall be filed on or before August 10, 1979.